UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LONNIE EUGENE LILLARD, <br><br> Petitioner, <br><br> v. <br><br> DAN SPROUL, <br><br> Respondent. | CASE NO. C18-77 JLR-BAT <br><br> **ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Petitioner submitted a federal habeas petition under 28 U.S.C. § 2241, and an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application to proceed Dkt. 5, is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

DATED this 5th day of February, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1